AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

JEREMY A. CROZIER,

    Plaintiff,            JUDGMENT IN A CIVIL CASE
V.

                                  CASE NUMBER: **3:09-cv-00535-LRH-RAM**

ADAM ENDEL, et al.,

    Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint and this entire action is DISMISSED WITH PREJUDICE.

  December 13, 2010                                **LANCE S. WILSON**
                                                               Clerk

                                                            /s/ Katie Lynn Ogden
                                                             Deputy Clerk